**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DANNY ALFRED FONTANA, | No. 12-16307 |
| Petitioner - Appellant, | D.C. No. 3:11-cv-03701-WHA |
| v. | |
| FRANK X. CHAVEZ, Warden; ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA, | MEMORANDUM[*] |
| Respondents - Appellees. | |

Appeal from the United States District Court
for the Northern District of California
William Alsup, District Judge, Presiding

Argued and Submitted September 9, 2014
San Francisco, California

Before: REINHARDT, GOULD, and BERZON, Circuit Judges.

On the issues certified for appeal to this court, Petitioner contends that the

California trial court violated his due process right to present a defense and Sixth

Amendment right to cross-examine adverse witnesses. The California Supreme

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Court rejected these claims.  Assuming constitutional error, we hold that the trial court's exclusion of evidence related to the victim's consensual sex with her boyfriend was harmless under *Brecht v. Abrahamson*, 507 U.S. 619 (1993).

**AFFIRMED.**